## Commonwealth, By, et al. v. Thompson.

(Decided January 26, 1912.)

Appeal from Kenton Circuit Court
(Common Law and Equity Division.)

1. Appeals from County Courts to Circuit Courts.—Where the party appealing from the judgment of a county court produces to the clerk of the circuit court within sixty days thereafter, a certified copy of the judgment of the county court, and the amount of costs, as required by section 724 of the Civil Code, the appeal is taken in time.

2. Court Records—Correction of.—The record of the clerk showing the date upon which the transcript for an appeal was filed, should not be changed or corrected, in the absence of fraud, accident or mistake.

W. A. PRICE, B. W. GILFILLAN and F J. HANLON for appellant.

ROBERT C. SIMMONS for appellee.

OPINION OF THE COURT BY JUDGE MILLER—Reversing.

The facts presented by this appeal are identical with the facts of the late cases of Commonwealth v. Evans, Commonwealth v. Warner, and Commonwealth v. Fritz, reported in 146 Ky., 229; and, for the reasons given in the opinion reversing the judgments in those cases, the judgment of the lower court in this case is reversed, and the cause remanded for further proceedings.